No. 825, Misc. STAPLETON *v.* SUPERIOR COURT, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 853, Misc. BRADSHAW *v.* ISLAND CREEK COAL CO. C. A. 4th Cir. Certiorari denied.

No. 280, Misc. GUNSTON *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

No. 299, Misc. O'DAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 651, Misc. BRANDON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Allen E. Stim* for petitioner. *Frank S. Hogan* and *Michael R. Stack* for respondent.

No. 711, Misc. SUMRALL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Lawrence A. Aschenbrenner* and *Elliott C. Lichtman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 742, Misc. JOHNSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari and other relief denied.